IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01379-KLM

JUSTINA A, HAND,

     Plaintiff,

v.

CENTURYLINK, INC., as Sponsor and Administrator of the CenturyLink Employee Benefit
Plan,

     Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Motion to Amend Case Caption** [#15][1]
(the "Motion"). Plaintiff's First Amended Complaint [#7] named "CenturyLink" as the
Defendant in the caption, but identified the party as "Defendant CenturyLink, Inc."
throughout the First Amended Complaint. *Compare First Am. Compl.* [#7] at 1 *with id.* ¶¶
2-3, 6, 8. Defendant's Answer identified Defendant as "CenturyLink, Inc." *Answer* [#13]
¶ 1. In the Motion, which is unopposed, Plaintiff asks the Court to correct the caption to
reflect that the name of Defendant is CenturyLink, Inc. It is clear from the pleadings that
omission of the corporate designation of Defendant in the caption of the First Amended
Complaint was a typographical error. Accordingly,

     IT IS HEREBY **ORDERED** that the Motion [#15] is **GRANTED**.

     IT IS FURTHER **ORDERED** that the caption of the case shall be amended to identify
Defendant as CenturyLink, Inc., as is indicated above.

     Dated:  November 3, 2015

---

[1] "[#15]" is an example of the convention I use to identify the docket number assigned to
a specific paper by the Court's case management and electronic case filing system (CM/ECF). I
use this convention throughout this Minute Order.